```
                   UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         Newport News Division
```

**MICHELLE S. H.,**

      **Plaintiff,**

v.                                                  **ACTION NO. 4:20cv54**

**ANDREW SAUL,**
**Commissioner of Social Security,**

      **Defendant.**

## FINAL ORDER

Plaintiff Michelle S. H. ("Plaintiff"), by counsel, brought this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") finding Plaintiff was overpaid mother's insurance benefits in the amount of $72.970.00.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Local Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation.  The Report and Recommendation of the Magistrate Judge was filed on July 8, 2021, recommending that the Commissioner's motion for summary judgment, ECF No. 19, be GRANTED, that the Plaintiff's motion for summary judgment, ECF No. 16, be DENIED, that the final decision of

the Commissioner be AFFIRMED, and that this matter be DISMISSED WITH PREJUDICE.  By copy of the Report and Recommendation, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge.  No objections were filed by either party and the time for filing said objections has expired.

Having reviewed the record, and finding no error, the Court hereby **ADOPTS** the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on July 8, 2021, and the decision of the Commissioner is **AFFIRMED**, the Commissioner's motion for summary judgment, ECF No. 19, is **GRANTED**, Plaintiff's motion for summary judgment, ECF No. 16, is **DENIED**, and this case is **DISMISSED WITH PREJUDICE.**

Plaintiff is **ADVISED** that she may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.  Said written notice must be received by the Clerk within sixty (60) days from the date of this Final Order.

The Clerk shall forward a copy of this Final Order to counsel of record for the parties.

                                                    /s/
                                     Mark S. Davis
                                     Chief United States District Judge

Norfolk, Virginia

August   2  , 2021